JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Vicious Brands, Inc.

**(b)** County of Residence of First Listed Plaintiff     **Washoe County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John Sullivan, Esq.
Blank Rome, LLP, One Logan Square, Phila., PA 19103
215-569-5703

## DEFENDANTS

Stephanie Ochinang and Jennevive McPherson

County of Residence of First Listed Defendant     **Clark County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
            THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☒ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U.S. Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                 *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §§1114, 1125

Brief description of cause:
Infringement of federally registered trademarks, false designation of origin

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
09/26/2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

JS 44 Reverse  (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| | : | |
| **Vicious Brands, Inc.** v. **Ochinang et al** | : | |
| | : | |
| | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

| September 26, 2017 | John Sullivan, Esq. | Vicious Brands, Inc. |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-569-5703 | 215-832-5703 | jsullivan@blankrome.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __Vicious Brands, Inc. - 1135 Terminal Way, Suite 209, Reno, Nevada 89502__

Address of Defendant: __Stepfanie Ochinang - 8045 Greenbush Drive, Las Vegas, NV 89117; Jennevive McPherson - 2913 Bernardo Lane, Las Vegas, NV 89102__

Place of Accident, Incident or Transaction: _____

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))       Yes☐   No☒

Does this case involve multidistrict litigation possibilities?       Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __Trademark__

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION

*(Check Appropriate Category)*

I, __John Sullivan__ , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: __9/26/17__    _____    __309150__
                     Attorney-at-Law            Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __9/26/17__    _____    __309150__
                     Attorney-at-Law            Attorney I.D.#

CIV. 609 (5/2012)

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 - Assignment to a Management Track**

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See §1.02 (e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICIOUS BRANDS, INC., | : |
| | : |
| Plaintiff, | : CASE NO. |
| | : |
| v. | : |
| | : **JURY TRIAL DEMANDED** |
| STEPFANIE OCHINANG and JENNEVIVE | : |
| MCPHERSON, | : |
| | : |
| Defendants. | : |

## COMPLAINT FOR DAMAGES AND
## INJUNCTIVE RELIEF; JURY TRIAL DEMAND

Vicious Brands, Inc. ("VBI"), by and through its undersigned attorneys, files this civil

action against Stepfanie Ochinang and Jennevive McPherson (collectively, "Defendants"), who

are together doing business under the name "SAINTS + SINNERS", as follows:

## THE PARTIES

1.     Vicious Brands, Inc. is a corporation organized and existing under the laws of the

State of Nevada, with a registered corporate address at 1135 Terminal Way, Suite 209, Reno,

Nevada 89502.

2.     Upon information and belief, Stepfanie Ochinang is an individual residing at 8045

Greenbush Drive, Las Vegas, Nevada 89117.

3.     Upon information and belief, Jennevive McPherson is an individual residing at

2913 Bernardo Lane, Las Vegas, Nevada 89102.

4.      Upon information and belief, Stepfanie Ochinang and Jennevive McPherson jointly conduct business under the name "SAINTS + SINNERS," with their principal place of business at 2913 Bernardo Lane, Las Vegas, Nevada 89102.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this case involves trademarks and arises under the laws of the United States, *inter alia*, 15 U.S.C. §§ 1114, 1117 and 1125.

6.      This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 as the state law claims are so related to the claims falling within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the Constitution of the United States.

7.      This Court has personal jurisdiction over Defendants because, *inter alia*, Defendants transact business within and have availed themselves of this forum; contract to sell goods and render services within the forum, both through traditional means and through the Internet; engage in a persistent course of conduct in this forum; expect, or should reasonably expect, their acts to have legal consequences in this forum; and maintain substantial, systematic and continuous minimum contacts in this forum.

8.      Venue is proper in this Court and this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this jurisdiction.

2

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

**Vicious Brands, Inc.'s Business and Marks**

9.      VBI provides a broad range of hair care preparation products to customers

throughout the United States, including through major distributors operating major sales

operations in Pennsylvania, under its popular trademark SAINTS & SINNERS® and

corresponding logo:



10.      VBI owns numerous federal trademark registrations and active applications for its

SAINTS & SINNERS-formative marks, including the following (collectively, the "VBI Marks"):

| Mark/ Name/ Serial No./ Registration No. | Status/Key Dates | Goods/Services | Owner Information |
|---|---|---|---|
| SAINTS & SINNERS<br><br>RN: 5088542<br>SN: 86980615 | Registered: November 22, 2016<br>Filed: July 23, 2015 | (Int'l Class: 03) hair care products, namely, shampoos, conditioners, and styling/finishing preparations | Vicious Brands Inc. (NEVADA CORP.)<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 |
| SS SAINTS & SINNERS and Design<br><br>SAINTS<br>— & —<br>SINNERS<br><br>RN: 5097386<br>SN: 86980612 | Registered: December 6, 2016<br><br>Filed: December 14, 2015 | (Int'l Class: 03) hair care products, namely, shampoos, conditioners, and styling/finishing preparations | Vicious Brands Inc. (NEVADA CORP.)<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 |

3

| Mark/ Name/ Serial No./ Registration No. | Status/Key Dates | Goods/Services | Owner Information |
|---|---|---|---|
| SAINTS & SINNERS VELVET DIVINE MOISTURE SHAMPOO<br><br>RN: 5083802<br>SN: 86923554 | Registered: November 15, 2016<br>Filed: February 29, 2016 | (Int'l Class: 03)<br>shampoos | Vicious Brands Inc. (NEVADA CORP.)<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 |
| SAINTS & SINNERS VELVET DIVINE HAIR MASQUE<br><br>RN: 5092908<br>SN: 86910540 | Registered: November 29, 2016<br>Filed: February 17, 2016 | (Int'l Class: 03)<br>hair care products, namely, non-medicated deep conditioning treatment for hair for cosmetic purposes | Vicious Brands Inc. (NEVADA CORP.)<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 |
| SAINTS & SINNERS DIVINE DRY TEXTURE SPRAY<br><br>SN: 87236938 | Filed: November 15, 2016 | (Int'l Class: 03)<br>hair styling product, namely, a hair spray and finishing preparation | Vicious Brands Inc. (NEVADA CORP.)<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 |
| SAINTS & SINNERS VELVET DIVINE DAILY CONDITIONER<br><br>SN: 86910521 | Filed: February 17, 2016 | (Int'l Class: 03)<br>hair conditioners | Vicious Brands Inc. (NEVADA CORP.)<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 |
| SAINTS & SINNERS VELVET DIVINE LEAVE-IN CONDITIONER<br><br>SN: 86848771 | Filed: December 14, 2015 | (Int'l Class: 03)<br>hair care products, namely, a leave-in conditioning and styling preparation | Vicious Brands Inc. (NEVADA CORP.)<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 |

| Mark/ Name/ Serial No./ Registration No. | Status/Key Dates | Goods/Services | Owner Information |
|---|---|---|---|
| SAINTS & SINNERS VELVET DIVINE STYLING POTION<br><br>SN: 86848785 | Filed: December 14, 2015 | (Int'l Class: 03) hair care products, namely, a leave-in conditioning and styling preparation | Vicious Brands Inc. (NEVADA CORP.) 1135 Terminal Way, Suite 209 Reno, NV 89502 |
| SS SAINTS & SINNERS and Design<br><br>S A I N T S<br>— & —<br>S I N N E R S<br><br>SN: 86848702 | Filed: December 14, 2015 | (Int'l Class: 03) skin care products, namely, moisturizers for hands, face and body | Vicious Brands Inc. (NEVADA CORP.) 1135 Terminal Way, Suite 209 Reno, NV 89502 |
| SS SAINTS & SINNERS and Design<br><br>SAINTS<br>— & —<br>SINNERS<br><br>SN: 87563559 | Filed: August 10, 2017 | (Int'l Class: 03) hair care products, namely, shampoos, conditioners, and styling/finishing preparations; skin care products, namely, moisturizers for hands, face and body | Vicious Brands Inc. (NEVADA CORP.) 1135 Terminal Way, Suite 209 Reno, NV 89502 |

True and correct copies of the trademark registrations and applications for the VBI Marks are attached as Exhibit "A".

11.     VBI has used and continues to use the registered VBI Marks in connection with hair care preparations since at least as early as August 25, 2016.

12.     VBI has also used and continues to use the VBI Marks in connection with clothing and apparel items, including, but not limited to, hats, tank tops, shirts, and bandanas.

5

13.    VBI has used and continues to use the VBI Marks on social media, including, but not limited to, Facebook®, Instagram®, and Twitter®.

14.    VBI maintains priority rights in the VBI Marks and is the owner of all right, title and interest to the VBI Marks and to the related federal trademark applications and registrations.

15.    VBI has expended substantial financial resources developing, exhibiting, promoting, marketing and selling hair care and skin care preparations, along with apparel items and related goods, under the VBI Marks.  As a result of VBI's nationwide promotional activities under the VBI Marks, its adherence to the highest standards of quality control, and widespread media attention, the distinctive VBI Marks have become widely recognized by the public and the trade throughout the United States.  See <https://www.realsaintsandsinners.com/>.

**Defendants' Unauthorized Use of the VBI Marks**

16.    Defendants are offering products using the "SINNERS + SAINTS" mark on Instagram® (@SINNERSANDSAINTSOFFICIAL) and on an active website available at <https://www.shopsinnersandsaints.com/>.  Upon information and belief, Defendants created their Instagram® account (@SINNERSANDSAINTSOFFICIAL) approximately one week **after** VBI's website (https://www.realsaintsandsinners.com/) went live.  Copies of printouts of Defendants' Instagram® page and website homepage are attached hereto as Exhibit B.

17.    Through at least their Instagram® account and website as shown in Exhibit B, Defendants have purported to distribute and offer for sale goods that are the same or similar to those used in connection with, and protected under, VBI's Marks and that travel under similar channels of trade. Such goods include, but are not limited to, apparel and fashion-related products.

18.    Through adoption and use of the SINNERS + SAINTS mark, and similar variations thereof, Defendants have blatantly pirated VBI's Marks in an attempt to illegitimately

6

draft off of the goodwill associated with VBI's high-quality hair care preparations, apparel products, and related goods.

19.     On their Instagram® account, Defendants are using the exact same words, in the same font, with a black circle, and two lines separating the words as VBI's registered logo:

*Defendants' Instagram® Account Profile*          *VBI's Instagram® Account Profile*



20.     On or about August 10, 2017, VBI, through its attorneys, submitted a complaint of trademark infringement to the private registry proxy for Defendants' website <shopsinnersandsaints.com>.

21.     On or about August 10, 2017, and within hours of VBI's submission of its trademark infringement complaint to the proxy registrar associated with Defendants' website, Stepfanie Ochinang contacted VBI by email and requested information regarding products offered for sale by VBI, in so doing fishing for detailed information pertaining to VBI's business and product development.

22.     Upon information and belief, Stepfanie Ochinang and her associates left four negative 1-star reviews of VBI's products on VBI's Facebook® page <www.facebook.com/realsaintsandsinners>. These are the only 1-star reviews VBI has ever received on its Facebook® page, and they were posted by Defendants to unfairly cause damage to VBI's business and the prestige of the products offered by VBI under VBI's Marks.

7

23.     On or about August 14, 2017, VBI sent a cease and desist letter to Defendants again identifying VBI intellectual property rights and demanding that they cease all infringing activities, including their unauthorized use of VBI's Marks and all similar variations thereof, by no later than Friday, August 18, 2017. A copy of this letter is attached hereto as Exhibit C. To date, VBI has not received a response from Defendants to this August 14, 2017 letter.

24.     On or about August 29, 2017, Defendants filed an application with the U.S. Patent & Trademark Office ("USPTO") to register the mark SAINTS + SINNERS in connection with goods identified as: "Hats; Pants; Shorts; T-shirts." The application was filed based on Defendants' alleged intent to use the mark in U.S. interstate commerce, and was assigned Serial No. 87/588,544 (hereinafter "the '544 Application") by the USPTO. A copy of the application as filed by Defendants with the USPTO is attached as Exhibit D.

25.     Defendants adopted the SAINTS + SINNERS mark, and similar variations thereof, in connection with commercial activities in the United States with full knowledge that VBI is the exclusive owner of the distinctive and widely known VBI Marks.

26.     All such uses by Defendants were made in order to falsely associate Defendants' goods and services with VBI when, in fact, no such association exists or has ever been authorized.

27.     Given the confusing similarity of the trademarks at issue, reasonable ordinary consumers will mistakenly believe that Defendants' goods and services are sponsored, authorized, or otherwise approved by VBI, when in fact they are not.

28.     By reason of VBI's prior rights in and to the distinctive and widely known VBI Marks, Defendants' use of SINNERS + SAINTS, and similar variations thereof, in their trademarks, service marks and trade names is likely to cause confusion and mistake in the minds

8

of the purchasing public, and tends to and does falsely create the impression that Defendants'

goods and services are provided, sponsored or licensed by VBI, or are otherwise affiliated with or

authorized by VBI. Defendant has further compounded such confusion by filing the '544

Application in bad faith to register the transposed name SAINTS + SINNERS, which identically

mirrors VBI's Marks in terms of overall appearance, phonetics, and the precise ordering of the

terms "saints" and "sinners."

29.     Defendants' unauthorized conduct constitutes, amongst other causes of action,

federal and common law trademark infringement and false designation of origin, commercial

disparagement, and tortious interference with existing and prospective business relations, and

causes VBI to suffer irreparable injuries for which it has no adequate remedy at law.

## COUNT I
## [VIOLATION OF § 32 OF THE LANHAM ACT, 15 U.S.C. § 1114; INFRINGEMENT OF A FEDERALLY REGISTERED TRADEMARK]

30.     The allegations of paragraphs 1 through 29 are incorporated by reference herein.

31.     Defendants have been and still are infringing VBI's Marks pursuant to section 32

of the Lanham Act, 15 U.S.C. § 1114, by the unauthorized use of SINNERS and SAINTS as the

dominant portion of Defendants' SINNERS + SAINTS mark which is used in the advertising,

promotion, marketing, offering for sale and sale of apparel items, fashion accessories, and related

beauty products in the United States, which acts have caused a likelihood of confusion, mistake

or deception to consumers, prospective purchasers and the trade as to the source of Defendants'

goods and services, believing them to emanate from VBI, or as being authorized, sponsored or

approved by VBI, thus impairing the valuable goodwill symbolized by the VBI Marks.

32.     Defendants have knowingly and willfully infringed the VBI Marks.

9

33.     Defendants' actions infringing VBI's rights in the VBI Marks have caused and will continue to cause great injury and damage to VBI and VBI's goodwill, which injury and damage cannot be adequately quantified.

34.     As a result of Defendants' conduct, VBI has suffered and continues to suffer irreparable damage, and unless this Court enjoins Defendants from further commission of such acts of infringement, VBI will have no adequate remedy at law.

## COUNT II
## [VIOLATION OF LANHAM ACT, 15 U.S.C. § 1125(A); FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION AND FALSE REPRESENTATION]

35.     The allegations of paragraphs 1 through 34 are incorporated by reference herein.

36.     Defendants have been and still are engaging in false designation of origin and false representation under section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), by the unauthorized use of SINNERS and SAINTS as the dominant portion of Defendants' SINNERS + SAINTS mark which is used in the advertising, promotion, marketing, offering for sale and sale of apparel items, fashion accessories, and related beauty products in the United States, which acts have caused a likelihood of confusion, mistake or deception to consumers, prospective purchasers and the trade as to the source of Defendants' goods and services, believing them to emanate from VBI, or as being authorized, sponsored or approved by VBI, thus impairing the valuable goodwill symbolized by the VBI Marks.

37.     Defendants' deliberate and wrongful acts of false designation of origin and false representation have caused and will continue to cause great injury and damage to VBI and to VBI's goodwill, which injury and damage cannot be adequately quantified.

38.     As a result of Defendants' conduct, VBI has suffered and continues to suffer irreparable damage, and unless this Court enjoins Defendants from further commission of such

Case 2:17-cv-04311-GEKP   Document 1   Filed 09/26/17   Page 16 of 88

acts of false designation of origin and false representation, VBI will have no adequate remedy at law.

**COUNT III**
**[COMMON LAW TRADEMARK INFRINGEMENT]**

39.     The allegations of paragraphs 1 through 38 are incorporated by reference herein.

40.     Defendants' use of the confusingly similar SINNERS + SAINTS mark is likely to cause confusion to consumers, prospective purchasers and the trade as to the source or origin of the goods and services of Defendants.

41.     Defendants' actions infringing VBI's rights in the VBI Marks have caused and will continue to cause great injury and damage to VBI, and VBI's goodwill, which injury and damage cannot be adequately quantified.

42.     As a result of Defendants' infringing conduct, VBI has suffered and continues to suffer irreparable damage, and unless this Court enjoins Defendants from further commission of such acts of unfair competition, VBI will have no adequate remedy at law.

**COUNT IV**
**[VIOLATION OF THE TRADEMARK DILUTION REVISION ACT, 15 U.S.C.**
**§ 1125(C); DILUTION OF FAMOUS MARK AND INJURY TO BUSINESS**
**REPUTATION]**

43.     The allegations of paragraphs 1 through 42 are incorporated by reference herein.

44.     As a result of the successful efforts of VBI to advertise, promote and sell its goods and services throughout the United States in association with the VBI Marks, the VBI Marks have come to be strongly associated in the minds of consumers with VBI.

45.     The VBI Marks are famous and distinctive within the meaning of 15 U.S.C. § 1125(c)(1) and the meaning of 15 U.S.C. § 1127.

11

46.     Defendants' use of the SINNERS + SAINTS mark constitutes dilution in violation
of the Trademark Dilution Revision Act, 15 U.S.C. § 1125(c)(1).  This unlawful conduct was
undertaken with full recognition and knowledge of VBI's prior use of the VBI Marks in the U.S.,
and commenced after such VBI Marks had become famous.

47.     VBI is informed and believes, and on that basis alleges, that Defendants' unlawful
conduct was undertaken with the intent to blur or tarnish VBI's reputation and the valuable
goodwill associated with the VBI Marks.

48.     This conduct is likely to dilute the distinctive quality of the VBI Marks by
lessening their capacity to identify and distinguish VBI's goods and services.

49.     Defendants' deliberate and wrongful acts of dilution have caused and will
continue to cause great injury and damage to VBI and to VBI's goodwill, which injury and
damage cannot be adequately quantified.

50.     As a result of Defendants' conduct, VBI has suffered and continues to suffer
irreparable damage, and unless this Court enjoins Defendants from such further acts of dilution,
VBI will have no adequate remedy at law.

## COUNT V
## [VIOLATION OF PENNSYLVANIA TRADEMARK ACT, 54 PA. CONS. STAT. ANN. § 1124; DILUTION]

51.     The allegations of paragraphs 1 through 50 are incorporated by reference herein.

52.     As a result of the successful efforts of VBI and its predecessors to advertise,
promote, and sell their goods and services in Pennsylvania in association with the VBI Marks,
the VBI Marks have come to be strongly associated in the minds of consumers with VBI.

53.     The VBI Marks are famous and distinctive within the meaning of Pennsylvania
law under 54 Pa. Cons. Stat. Ann. § 1124.

12

54.     Defendants' use of the SINNERS + SAINTS mark constitutes dilution in violation of the Pennsylvania Trademark Act under 54 Pa. Cons. Stat. Ann. § 1124.

55.     This unlawful conduct was undertaken with full recognition and knowledge of VBI's prior use of the VBI Marks, and commenced after such VBI Marks had become famous.

56.     VBI is informed and believes, and on that basis alleges, that Defendants' unlawful conduct was undertaken with the intent to blur or tarnish VBI's reputation and the goodwill associated with the VBI Marks, whereby Defendants' unauthorized conduct has lessened the capacity of the VBI Marks to identify and distinguish VBI's goods and services.

57.     This conduct has diluted, and is likely to cause dilution to, the distinctive quality of the VBI Marks by lessening their capacity to identify and distinguish VBI's goods and services.

58.     Defendants' deliberate and wrongful acts of dilution have caused and will continue to cause great injury and damage to VBI and to VBI's goodwill, which injury and damage cannot be adequately quantified.

59.     As a result of Defendants' conduct, VBI has suffered and continues to suffer irreparable damage, and unless this Court enjoins Defendants from such further acts of dilution, VBI will have no adequate remedy at law.

## COUNT VI
## [COMMON LAW UNFAIR COMPETITION]

60.     The allegations of paragraphs 1 through 59 are incorporated by reference herein.

61.     VBI is the exclusive owner of the VBI Marks.  Goods and services offered under the VBI Marks are widely recognized as originating with VBI.

13

62.     Defendants' use of the SINNERS + SAINTS mark is likely to cause confusion or to cause mistake among, or to deceive, consumers, prospective purchasers, and the trade.

63.     VBI is informed and believes, and on that basis alleges, that Defendants' unlawful conduct was intended to misappropriate VBI's valuable goodwill.

64.     Defendants' unlawful conduct constitutes unfair competition in violation of the common law.

65.     Defendants' deliberate acts of unfair competition have caused and will continue to cause great injury and damage to VBI, and VBI's goodwill, which injury and damage cannot be adequately quantified.

66.     As a result of Defendants' conduct, VBI has suffered and continues to suffer irreparable damage, and unless this Court enjoins Defendants from further commission of such acts of unfair competition, VBI will have no adequate remedy at law.

## COUNT VII
## [COMMERCIAL DISPARAGEMENT]

67.     The allegations of paragraphs 1 through 66 are incorporated by reference herein.

68.     Through *inter alia*, the acts complained of herein, Defendants made statements to consumers regarding VBI's products, including, at minimum, a series of negative and false reviews posted on VBI's Facebook® page.

69.     Defendants' statements regarding VBI's products were false, misleading or fraudulent.

70.     Defendants' statements regarding VBI and its product line were incorrect.

71.     The statements were made in the presence of a third party that was not VBI.  No privilege attached to any of the Defendants' statements.

14

72.    Defendants either intended the publication of those statements to cause VBI to suffer pecuniary loss or reasonably should have foreseen or recognized that publication would result in pecuniary loss.

73.    The publication of those statements has in fact resulted in VBI suffering direct pecuniary loss.

74.    Defendants knew that the statements were false or acted in reckless disregard of its truth or falsity.

75.    VBI has suffered actual damages as a direct and proximate result of Defendants' actions.

## COUNT VIII
## [TORTIOUS INTERFERENCE]

76.    The allegations of paragraphs 1 through 75 are incorporated by reference herein.

77.    By posting false, negative statements and reviews on VBI's social media pages, thereby contacting current and prospective VBI clients in writing, and informing them of false deficiencies in VBI's products, Defendants have and continue to tortiously interfere with VBI's contractual relationships.

78.    Defendants' conduct was, and continues to be, improper and not privileged.

79.    Defendants used wrongful means to effectuate its interference with current and prospective VBI clients in that Defendants unlawfully acted for the purposes of misappropriating VBI's current and prospective business opportunities.

80.    VBI has suffered and continues to suffer immediate, continuing and irreparable harm as a direct and proximate result of Defendants' willful, malicious, and tortious acts, including but not limited to, lost business opportunities.

15

## COUNT IX
## [UNJUST ENRICHMENT]

81.     The allegations of paragraphs 1 through 80 are incorporated by reference herein.

82.     Defendants' conduct in making false assertions in reviews posted on VBI's

official social media pages, as well as Defendants' infringement and wholesale misappropriation

of the VBI Marks for use in connection with its own products, have caused and likely will

continue to cause customers and potential customers to be directed to Defendants' website and

purchase Defendants' products instead of being directed towards VBI's products.

83.     As a result of Defendants' false assertions and diversion of potential customers

from VBI's products to Defendants' products and website, Defendants have been unjustly

enriched, to VBI's loss. There is no justification for Defendants unjust enrichment.

84.     Defendants' actions have caused, and will continue to cause, irreparable harm to

VBI, and will continue to so harm VBI unless preliminarily and permanently enjoined.

Furthermore, there is no available remedy at law sufficient to make VBI whole. Accordingly,

VBI is entitled to restitution from Defendants for the unjust benefits Defendants have received as

a result of its conduct.

## COUNT X
## [VIOLATION OF PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW, 73 P.S. § 201-1, *ET SEQ.*]

85.     The allegations of paragraphs 1 through 84 are incorporated by reference herein

86.     Defendants have used the SINNERS + SAINTS mark in connection with the

advertisement, promotion, offer for sale, sale and distribution of goods and services that are not

authorized by VBI, which uses cause a likelihood of confusion or misunderstanding as to the

source, sponsorship, approval, or sponsorship of goods or services and a likelihood of confusion

or misunderstanding as to the affiliation, connection, or association with, or sponsorship by, VBI.

16

87.     Upon information and belief, Defendants have committed the foregoing acts with full knowledge that it is infringing upon VBI's rights.

88.     Defendants' unlawful conduct constitutes willful and deceptive trade practices in violation of 73 P.S. § 201-1, *et seq*.

89.     Defendants' willful and deceptive trade practices have caused and will continue to cause great injury and damage to VBI and VBI's goodwill, which injury and damage cannot be adequately quantified.

90.     As a result of Defendants' conduct, VBI has suffered and continues to suffer irreparable damage, and unless this Court enjoins Defendants from further deceptive trade practices, VBI will have no adequate remedy at law.

## RELIEF SOUGHT

WHEREFORE, VBI demands that:

A.     Judgment be entered in favor of VBI and against Defendants as to each of the above Counts I - X;

B.     Defendants pay damages incurred by VBI as a result of the unlawful acts perpetrated by Defendants;

C.     An accounting be ordered to determine the profits realized by Defendants due to the unauthorized use of the VBI Marks;

D.     Defendants pay three times such profits or damages, whichever is greater;

E.     Defendants, and any of their officers, directors, agents, servants, employees, representatives, successors, assigns, attorneys, licensees, distributors and all persons in active concert or participation with Defendants, be enjoined from directly or indirectly:

17

i.    using the VBI Marks, and using any confusingly similar designation, alone or in combination with other words, as a trademark, service mark, domain name, or trade name to identify, market, distribute, advertise, promote, to offer for sale or to provide any goods or services;

ii.    otherwise infringing the VBI Marks;

iii.    continuing acts of false designation of origin or unfair trade practices herein complained of, or doing any acts that may cause Defendants' goods or services to be mistaken for, confused with or passed off as VBI's goods or services;

iv.    applying for or attempting to register with any governmental entity, including but not limited to the Commonwealth of Pennsylvania and the U.S. Patent and Trademark Office, any trademark or service mark consisting in whole or in part of the words "sinner" or "saints";

v.    interfering with VBI's use and registration of its VBI Marks, including, but not limited to, marks registered with the U.S. Patent and Trademark Office;

vi.    linking, associating or attempting to associate itself with any hair care and skin care preparations, apparel items, fashion accessories, and any other related goods bearing the VBI Marks; and

vii.    posting or otherwise publishing false and disparaging reviews or comments on the Internet directed towards VBI, VBI's products and services, as well as VBI's officers, directors, employees, agents, affiliates, and any other person or entity related to VBI.

F.    Defendants be directed to file with the U.S. Patent and Trademark Office within ten (10) days after issuance of an injunction, a voluntary withdrawal with prejudice of pending

18

U.S. Application Serial No. 87/588,544 for the mark SAINTS + SINNERS, and take any and all additional necessary steps to effect the full assignment of any remaining rights in and to the mark to VBI;

G.     Defendants be directed to file with this Court and to serve on VBI, within ten (10) days after issuance of an injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

H.     Defendants be required to deliver up for destruction all goods, signs, literature, advertising and other materials bearing the VBI Marks or any name or mark, or colorable imitation thereof, that is confusingly similar thereto, used in connection with Defendants' goods or services;

I.     Defendants be ordered to transfer to VBI any domain name and any social media accounts with usernames, URL addresses, and/or handles consisting, in whole or in part, of the VBI Marks;

J.     Defendants be required to remove the name SINNERS + SAINTS and any confusingly similar name or mark from all websites, HTML code, metatags, search engine query terms and any other electronic communications hosts, links and devices;

K.     Defendants be ordered to pay costs of this action, including attorneys' fees, incurred by VBI in connection with Defendants' willful acts of infringement, dilution, unfair competition, unjust enrichment, disparagement, tortious interference, and deceptive trade practices; and

L.     Such other and further relief as this Court deems just and proper.

19

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury on all claims that may be tried before a jury.

Respectfully submitted,

**BLANK ROME LLP**

BY: _____
John P. Sullivan
Timothy D. Pecsenye
Zachary A. Aria

One Logan Square
130 North 18th Street
Philadelphia, PA  19103
(215) 569-5619

Attorneys for Plaintiff,
VICIOUS BRANDS, INC.

Dated:  September 26, 2017

20

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICIOUS BRANDS, INC., | : | |
| | : | |
| PLAINTIFF, | : | CIVIL ACTION NO. |
| | : | |
| V. | : | |
| | : | |
| STEPFANIE OCHINANG AND | : | |
| JENNEVIVE MCPHERSON, | : | |
| | : | |
| DEFENDANTS. | : | |

## RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF
## VICIOUS BRANDS, INC.

Vicious Brands, Inc. a nongovernmental party in the above-captioned action, does not

have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**BLANK ROME LLP**

Dated:  September 26, 2017

By:

JOHN P. SULLIVAN
TIMOTHY D. PECSENYE
ZACHARY A. ARIA
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Phone: 215-569-5500
Facsimile: 215-569-5555

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VICIOUS BRANDS, INC.,** | : |
| | : |
| **PLAINTIFF,** | : **CIVIL ACTION NO.** |
| | : |
| **V.** | : |
| | : |
| **STEPFANIE OCHINANG AND** | : |
| **JENNEVIVE MCPHERSON,** | : |
| | : |
| **DEFENDANTS.** | : |

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant's Rule 7.1 Disclosure Statement was filed with

the Clerk of the Court and is available for viewing and downloading from the ECF system by all

counsel of record.

Dated: September 26, 2017

John P. Sullivan

# **<u>EXHIBIT A</u>**

# United States of America

## United States Patent and Trademark Office

# SAINTS & SINNERS

**Reg. No. 5,088,542**

**Registered Nov. 22, 2016**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Vicious Brands Inc. (NEVADA CORPORATION)
1135 Terminal Way, Suite 209
Reno, NV 89502

CLASS 3: hair care products, namely, shampoos, conditioners, and styling/finishing preparations

FIRST USE 8-25-2016; IN COMMERCE 8-25-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-980,615, FILED 07-23-2015
JOHN B REGAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,097,386**

**Registered Dec. 06, 2016**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Vicious Brands Inc. (NEVADA CORPORATION)
1135 Terminal Way, Suite 209
Reno, NV 89502

CLASS 3: hair care products, namely, shampoos, conditioners, and styling/finishing preparations

FIRST USE 8-25-2016; IN COMMERCE 8-25-2016

The mark consists of two interlocking "S"'s with tapering lines radiating up and down from the point of intersection, all above the words "SAINTS & SINNERS" on three separate lines, with tapering lines radiating left and right from the "&".

SER. NO. 86-980,612, FILED 12-14-2015
JASON PAUL BLAIR, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## SAINTS & SINNERS VELVET DIVINE MOISTURE SHAMPOO

**Reg. No. 5,083,802**

**Registered Nov. 15, 2016**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Vicious Brands Inc. (NEVADA CORPORATION)
1135 Terminal Way, Suite 209
Reno, NV 89502

CLASS 3: Shampoos

FIRST USE 8-25-2016; IN COMMERCE 8-25-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"MOISTURE SHAMPOO"

SER. NO. 86-923,554, FILED 02-29-2016
JUDITH MICHEL HELFMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## SAINTS & SINNERS VELVET DIVINE HAIR MASQUE

**Reg. No. 5,092,908**

**Registered Nov. 29, 2016**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Vicious Brands Inc. (NEVADA CORPORATION)
1135 Terminal Way, Suite 209
Reno, NV 89502

CLASS 3: Hair care products, namely, non-medicated deep conditioning treatment for hair for cosmetic purposes

FIRST USE 8-25-2016; IN COMMERCE 8-25-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "HAIR MASQUE"

SER. NO. 86-910,540, FILED 02-17-2016
JASON PAUL BLAIR, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87236938**
**Filing Date: 11/15/2016**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87236938 |
| **MARK INFORMATION** | |
| *MARK | SAINTS & SINNERS DIVINE DRY TEXTURE SPRAY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SAINTS & SINNERS DIVINE DRY TEXTURE SPRAY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Vicious Brands Inc. |
| **INTERNAL ADDRESS** | Suite 209 |
| *STREET | 1135 Terminal Way |
| *CITY | Reno |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 89502 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 003 |
| *IDENTIFICATION | Hair styling product, namely a hair spray and finishing preparation |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Zachary A. Aria |
| **ATTORNEY DOCKET NUMBER** | 145443-00100 |
| **FIRM NAME** | Blank Rome LLP |

| INTERNAL ADDRESS | 8th Floor |
| --- | --- |
| STREET | One Logan Square |
| CITY | Philadelphia |
| STATE | Pennsylvania |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19103 |
| PHONE | 215-569-5347 |
| FAX | 215-832-5347 |
| EMAIL ADDRESS | aria@blankrome.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Timothy D. Pecsenye, David M. Perry, Bruce D. George, Lisa Casey Spaniel, Megan E. Spitz, Steven M. Johnston, Jamie L. Tesfazion, Matthew A. Homyk, Bradford Craig, Shaun J. Bockert and Thomas H. Kelly |

## CORRESPONDENCE INFORMATION

| | |
| --- | --- |
| NAME | Zachary A. Aria |
| FIRM NAME | Blank Rome LLP |
| INTERNAL ADDRESS | 8th Floor |
| STREET | One Logan Square |
| CITY | Philadelphia |
| STATE | Pennsylvania |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19103 |
| PHONE | 215-569-5347 |
| FAX | 215-832-5347 |
| *EMAIL ADDRESS | aria@blankrome.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
| --- | --- |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| | |
| --- | --- |
| SIGNATURE | /Michael A Wilson/ |
| SIGNATORY'S NAME | Michael Wilson |
| SIGNATORY'S POSITION | Chief Executive Officer |
| SIGNATORY'S PHONE NUMBER | 310-497-4691 |
| DATE SIGNED | 11/15/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87236938**
**Filing Date: 11/15/2016**

## To the Commissioner for Trademarks:

**MARK:** SAINTS & SINNERS DIVINE DRY TEXTURE SPRAY (Standard Characters, see mark)
The literal element of the mark consists of SAINTS & SINNERS DIVINE DRY TEXTURE SPRAY.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Vicious Brands Inc., a corporation of Nevada, having an address of
    Suite 209
    1135 Terminal Way
    Reno, Nevada 89502
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 003:  Hair styling product, namely a hair spray and finishing preparation
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
    Zachary A. Aria and Timothy D. Pecsenye, David M. Perry, Bruce D. George, Lisa Casey Spaniel, Megan E. Spitz, Steven M. Johnston, Jamie L. Tesfazion, Matthew A. Homyk, Bradford Craig, Shaun J. Bockert and Thomas H. Kelly of Blank Rome LLP
    8th Floor
    One Logan Square
    Philadelphia, Pennsylvania 19103
    United States
    215-569-5347(phone)
    215-832-5347(fax)
    aria@blankrome.com (authorized)
The attorney docket/reference number is 145443-00100.
The applicant's current Correspondence Information:
    Zachary A. Aria
    Blank Rome LLP
    8th Floor
    One Logan Square
    Philadelphia, Pennsylvania 19103
    215-569-5347(phone)
    215-832-5347(fax)
    aria@blankrome.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the

trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Michael A Wilson/   Date: 11/15/2016
Signatory's Name: Michael Wilson
Signatory's Position: Chief Executive Officer
RAM Sale Number: 87236938
RAM Accounting Date: 11/15/2016

Serial Number: 87236938
Internet Transmission Date: Tue Nov 15 10:25:54 EST 2016
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20161115102554523
753-87236938-570c549acdc2e1bc8630aa30fba
c9891c39c5315224c419044f7a198f83f82793e-
CC-9660-20161114135638353340

# SAINTS & SINNERS DIVINE DRY TEXTURE SPRAY

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86910521**
**Filing Date: 02/17/2016**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | SAINTS & SINNERS VELVET DIVINE DAILY CONDITIONER |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SAINTS & SINNERS VELVET DIVINE DAILY CONDITIONER |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Vicious Brands Inc. |
| **\*STREET** | 1135 Terminal Way, Suite 209 |
| **\*CITY** | Reno |
| **\*STATE** (Required for U.S. applicants) | Nevada |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants) | 89502 |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY OF INCORPORATION** | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 003 |
| **\*IDENTIFICATION** | Hair conditioners |
| **\*FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |

| | |
|---|---|
| **\*TRANSLATION** (if applicable) | |
| **\*TRANSLITERATION** (if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |
| **DISCLAIMER** | No claim is made to the exclusive right to use DAILY CONDITIONER apart from the mark as shown. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Nancy Benveniste Lamell |
| **ATTORNEY DOCKET NUMBER** | 145443-00100 |
| **FIRM NAME** | Blank Rome LLP |
| **STREET** | 2029 Century Park East, Suite 600 |
| **CITY** | Los Angeles |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 90067 |
| **PHONE** | 424-239-3859 |
| **FAX** | 424-239-3434 |
| **EMAIL ADDRESS** | NLamell@BlankRome.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **\*NAME** | Nancy Benveniste Lamell |
| **FIRM NAME** | Blank Rome LLP |
| **\*STREET** | 2029 Century Park East, Suite 600 |
| **\*CITY** | Los Angeles |
| **\*STATE** (Required for U.S. addresses) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 90067 |
| **PHONE** | 424-239-3859 |
| **FAX** | 424-239-3434 |
| **\*EMAIL ADDRESS** | NLamell@BlankRome.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |

| FEE PER CLASS | 225 |
|---|---|
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Nancy B. Lamell/ |
| * SIGNATORY'S NAME | Nancy Benveniste Lamell |
| * SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 424-239-3859 |
| * DATE SIGNED | 02/17/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86910521**
**Filing Date: 02/17/2016**

# To the Commissioner for Trademarks:

**MARK:** SAINTS & SINNERS VELVET DIVINE DAILY CONDITIONER (Standard Characters, see mark)
The literal element of the mark consists of SAINTS & SINNERS VELVET DIVINE DAILY CONDITIONER.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Vicious Brands Inc., a corporation of Nevada, having an address of
   1135 Terminal Way, Suite 209
   Reno, Nevada 89502
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 003:  Hair conditioners
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**Disclaimer**
No claim is made to the exclusive right to use DAILY CONDITIONER apart from the mark as shown.

The applicant's current Attorney Information:
   Nancy Benveniste Lamell of Blank Rome LLP    2029 Century Park East, Suite 600
   Los Angeles, California 90067
   United States
   424-239-3859(phone)
   424-239-3434(fax)
   NLamell@BlankRome.com (authorized)
The attorney docket/reference number is 145443-00100.

The applicant's current Correspondence Information:
   Nancy Benveniste Lamell
   Blank Rome LLP
   2029 Century Park East, Suite 600
   Los Angeles, California 90067
   424-239-3859(phone)
   424-239-3434(fax)
   NLamell@BlankRome.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Nancy B. Lamell/   Date Signed: 02/17/2016
Signatory's Name: Nancy Benveniste Lamell
Signatory's Position: Attorney of record, California bar member

RAM Sale Number: 86910521
RAM Accounting Date: 02/18/2016

Serial Number: 86910521
Internet Transmission Date: Wed Feb 17 14:04:16 EST 2016
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XXX-2016021714041680
9248-86910521-550227036dc8ff327f053e07cf
41ab38bbf9d8ef6deb44ba92e74ae9f533395a-C
C-197-20160217135553076445

# SAINTS & SINNERS VELVET DIVINE DAILY CONDITIONER

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86848771**
**Filing Date: 12/14/2015**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86848771 |
| **MARK INFORMATION** | |
| *MARK | SAINTS & SINNERS VELVET DIVINE LEAVE-IN CONDITIONER |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SAINTS & SINNERS VELVET DIVINE LEAVE-IN CONDITIONER |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Vicious Brands Inc. |
| *STREET | 1135 Terminal Way, Suite 209 |
| *CITY | Reno |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 89502 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | hair care products, namely, a leave-in conditioning and styling preparation |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Nancy Benveniste Lamell |
| ATTORNEY DOCKET NUMBER | 145443-00100 |
| FIRM NAME | Blank Rome LLP |

| STREET | 2029 Century Park East, Suite 600 |
|---|---|
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90067 |
| PHONE | 424-239-3859 |
| FAX | 424-239-3434 |
| EMAIL ADDRESS | NLamell@BlankRome.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Nancy Benveniste Lamell |
| FIRM NAME | Blank Rome LLP |
| STREET | 2029 Century Park East, Suite 600 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90067 |
| PHONE | 424-239-3859 |
| FAX | 424-239-3434 |
| *EMAIL ADDRESS | NLamell@BlankRome.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Nancy B. Lamell/ |
| SIGNATORY'S NAME | Nancy Benveniste Lamell |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 424-239-3859 |
| DATE SIGNED | 12/14/2015 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86848771**
**Filing Date: 12/14/2015**

## To the Commissioner for Trademarks:

**MARK:** SAINTS & SINNERS VELVET DIVINE LEAVE-IN CONDITIONER (Standard Characters, see mark)
The literal element of the mark consists of SAINTS & SINNERS VELVET DIVINE LEAVE-IN CONDITIONER.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Vicious Brands Inc., a corporation of Nevada, having an address of
     1135 Terminal Way, Suite 209
     Reno, Nevada 89502
     United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

     International Class 003:  hair care products, namely, a leave-in conditioning and styling preparation
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
     Nancy Benveniste Lamell of Blank Rome LLP        2029 Century Park East, Suite 600
     Los Angeles, California 90067
     United States
     424-239-3859(phone)
     424-239-3434(fax)
     NLamell@BlankRome.com (authorized)
The attorney docket/reference number is 145443-00100.
The applicant's current Correspondence Information:
     Nancy Benveniste Lamell
     Blank Rome LLP
     2029 Century Park East, Suite 600
     Los Angeles, California 90067
     424-239-3859(phone)
     424-239-3434(fax)
     NLamell@BlankRome.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Nancy B. Lamell/   Date: 12/14/2015
Signatory's Name: Nancy Benveniste Lamell
Signatory's Position: Attorney of record, California bar member
RAM Sale Number: 86848771
RAM Accounting Date: 12/15/2015

Serial Number: 86848771
Internet Transmission Date: Mon Dec 14 18:13:00 EST 2015
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2015121418130096
6091-86848771-550c5f41382cab5cc6af29bf98
1fc4e5dd228f33d4249f5b376fda0c81b4bcc25-
CC-5925-20151214180435162637

# SAINTS & SINNERS VELVET DIVINE LEAVE-IN CONDITIONER

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86848785**
**Filing Date: 12/14/2015**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86848785 |
| **MARK INFORMATION** | |
| *MARK | SAINTS & SINNERS VELVET DIVINE STYLING POTION |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SAINTS & SINNERS VELVET DIVINE STYLING POTION |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Vicious Brands Inc. |
| *STREET | 1135 Terminal Way, Suite 209 |
| *CITY | Reno |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 89502 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 003 |
| *IDENTIFICATION | hair care products, namely, a leave-in conditioning and styling preparation |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Nancy Benveniste Lamell |
| **ATTORNEY DOCKET NUMBER** | 145443-00100 |
| **FIRM NAME** | Blank Rome LLP |
| **STREET** | 2029 Century Park East, Suite 600 |

| CITY | Los Angeles |
|------|-------------|
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90067 |
| PHONE | 424-239-3859 |
| FAX | 424-239-3434 |
| EMAIL ADDRESS | NLamell@BlankRome.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Nancy Benveniste Lamell |
| FIRM NAME | Blank Rome LLP |
| STREET | 2029 Century Park East, Suite 600 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90067 |
| PHONE | 424-239-3859 |
| FAX | 424-239-3434 |
| *EMAIL ADDRESS | NLamell@BlankRome.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Nancy B. Lamell/ |
| SIGNATORY'S NAME | Nancy Benveniste Lamell |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 424-239-3859 |
| DATE SIGNED | 12/14/2015 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86848785**
**Filing Date: 12/14/2015**

## To the Commissioner for Trademarks:

**MARK:** SAINTS & SINNERS VELVET DIVINE STYLING POTION (Standard Characters, see mark)
The literal element of the mark consists of SAINTS & SINNERS VELVET DIVINE STYLING POTION.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Vicious Brands Inc., a corporation of Nevada, having an address of
 1135 Terminal Way, Suite 209
 Reno, Nevada 89502
 United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

 International Class 003:  hair care products, namely, a leave-in conditioning and styling preparation
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
 Nancy Benveniste Lamell of Blank Rome LLP  2029 Century Park East, Suite 600
 Los Angeles, California 90067
 United States
 424-239-3859(phone)
 424-239-3434(fax)
 NLamell@BlankRome.com (authorized)
The attorney docket/reference number is 145443-00100.
The applicant's current Correspondence Information:
 Nancy Benveniste Lamell

 Blank Rome LLP

 2029 Century Park East, Suite 600

 Los Angeles, California 90067

 424-239-3859(phone)

 424-239-3434(fax)

 NLamell@BlankRome.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Nancy B. Lamell/   Date: 12/14/2015
Signatory's Name: Nancy Benveniste Lamell
Signatory's Position: Attorney of record, California bar member
RAM Sale Number: 86848785
RAM Accounting Date: 12/15/2015

Serial Number: 86848785
Internet Transmission Date: Mon Dec 14 18:22:46 EST 2015
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2015121418224681
1380-86848785-550e35c8d42c32096fc33a2c54
a98dd289de0b2cf437826791f369f703c8ae28e-
CC-6078-20151214181403531190

# SAINTS & SINNERS VELVET DIVINE STYLING POTION

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86848702**
**Filing Date: 12/14/2015**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86848702 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\868\487\86848702\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | SS SAINTS & SINNERS |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of two interlocking S's with tapering lines radiating up and down from the point of intersection, all in a circle of a contrasting color; the circle is above the words SAINTS & SINNERS on three separate lines, with tapering lines radiating left and right from the &. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 427 x 395 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Vicious Brands Inc. |
| *STREET | 1135 Terminal Way, Suite 209 |
| *CITY | Reno |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 89502 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | hair care products, namely, shampoos, conditioners, and styling/finishing preparations; skin care products, namely, moisturizers for hands, face and body |

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Nancy Benveniste Lamell |
| **ATTORNEY DOCKET NUMBER** | 145443-00100 |
| **FIRM NAME** | Blank Rome LLP |
| **STREET** | 2029 Century Park East, Suite 600 |
| **CITY** | Los Angeles |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 90067 |
| **PHONE** | 424-239-3859 |
| **FAX** | 424-239-3434 |
| **EMAIL ADDRESS** | NLamell@BlankRome.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Nancy Benveniste Lamell |
| **FIRM NAME** | Blank Rome LLP |
| **STREET** | 2029 Century Park East, Suite 600 |
| **CITY** | Los Angeles |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 90067 |
| **PHONE** | 424-239-3859 |
| **FAX** | 424-239-3434 |
| ***EMAIL ADDRESS** | NLamell@BlankRome.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| ***TOTAL FEE DUE** | 275 |
| ***TOTAL FEE PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Nancy B. Lamell/ |
| **SIGNATORY'S NAME** | Nancy Benveniste Lamell |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 424-239-3859 |
| **DATE SIGNED** | 12/14/2015 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86848702**
**Filing Date: 12/14/2015**

## To the Commissioner for Trademarks:

**MARK:** SS SAINTS & SINNERS (stylized and/or with design, see mark)

The literal element of the mark consists of SS SAINTS & SINNERS.
The applicant is not claiming color as a feature of the mark. The mark consists of two interlocking S's with tapering lines radiating up and down from the point of intersection, all in a circle of a contrasting color; the circle is above the words SAINTS & SINNERS on three separate lines, with tapering lines radiating left and right from the &.
The applicant, Vicious Brands Inc., a corporation of Nevada, having an address of
    1135 Terminal Way, Suite 209
    Reno, Nevada 89502
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 003:  hair care products, namely, shampoos, conditioners, and styling/finishing preparations; skin care products, namely, moisturizers for hands, face and body
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
    Nancy Benveniste Lamell of Blank Rome LLP      2029 Century Park East, Suite 600
    Los Angeles, California 90067
    United States
    424-239-3859(phone)
    424-239-3434(fax)
    NLamell@BlankRome.com (authorized)
The attorney docket/reference number is 145443-00100.

The applicant's current Correspondence Information:
    Nancy Benveniste Lamell
    Blank Rome LLP
    2029 Century Park East, Suite 600
    Los Angeles, California 90067
    424-239-3859(phone)
    424-239-3434(fax)
    NLamell@BlankRome.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the

trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Nancy B. Lamell/   Date: 12/14/2015
Signatory's Name: Nancy Benveniste Lamell
Signatory's Position: Attorney of record, California bar member
RAM Sale Number: 86848702
RAM Accounting Date: 12/15/2015

Serial Number: 86848702
Internet Transmission Date: Mon Dec 14 17:36:39 EST 2015
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2015121417363975
5262-86848702-5504f796de930576c8c8eea6dc
1f3b644e6f8bb3adfbdb6b6998b82debc56bff66
f-CC-5283-20151214170907548708



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87563559**
**Filing Date: 08/10/2017**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87563559 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\875\635\87563559\xml1\ RFA0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | SS SAINTS & SINNERS |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of two interlocking "S"'s with tapering lines radiating up and down from the point of intersection, all above the words "SAINTS & SINNERS" on three separate lines, with tapering lines radiating left and right from the "&". All of the aforementioned resides inside a filled in black circle. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 259 x 263 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Vicious Brands, Inc. |
| **INTERNAL ADDRESS** | Suite 209 |
| *STREET | 1135 Terminal Way |
| *CITY | Reno |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 89502 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | hair care products, namely, shampoos, conditioners, and styling/finishing preparations; skin care products, namely, |

|  | moisturizers for hands, face and body |
|---|---|
| **FILING BASIS** | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 5097386, 5097396, 5088542, and others. |
|---|---|

## ATTORNEY INFORMATION

| **NAME** | Zachary A. Aria |
|---|---|
| **ATTORNEY DOCKET NUMBER** | 145443-00100 |
| **FIRM NAME** | Blank Rome LLP |
| **INTERNAL ADDRESS** | 8th Floor |
| **STREET** | One Logan Square |
| **CITY** | Philadelphia |
| **STATE** | Pennsylvania |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 19103 |
| **PHONE** | 215-569-5347 |
| **FAX** | 215-832-5347 |
| **EMAIL ADDRESS** | aria@blankrome.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Timothy D. Pecsenye, David M. Perry, Bruce D. George, Lisa Casey Spaniel, Megan E. Spitz, John P. Sullivan, Jamie L. Tesfazion, Matthew A. Homyk, Bradford Craig, Shaun J. Bockert and Thomas H. Kelly |

## CORRESPONDENCE INFORMATION

| **NAME** | Zachary A. Aria |
|---|---|
| **FIRM NAME** | Blank Rome LLP |
| **INTERNAL ADDRESS** | 8th Floor |
| **STREET** | One Logan Square |
| **CITY** | Philadelphia |
| **STATE** | Pennsylvania |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 19103 |
| **PHONE** | 215-569-5347 |
| **FAX** | 215-832-5347 |
| *****EMAIL ADDRESS** | aria@blankrome.com |
| *****AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| **APPLICATION FILING OPTION** | TEAS RF |
|---|---|
| **NUMBER OF CLASSES** | 1 |

| | |
|---|---|
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| ***TOTAL FEE DUE** | 275 |
| ***TOTAL FEE PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Michael A. Wilson/ |
| **SIGNATORY'S NAME** | Michael A. Wilson |
| **SIGNATORY'S POSITION** | Chief Executive Officer |
| **SIGNATORY'S PHONE NUMBER** | 310-497-4691 |
| **DATE SIGNED** | 08/10/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87563559**
**Filing Date: 08/10/2017**

## To the Commissioner for Trademarks:

**MARK:** SS SAINTS & SINNERS (stylized and/or with design, see mark)

The literal element of the mark consists of SS SAINTS & SINNERS.
The mark consists of two interlocking "S"s with tapering lines radiating up and down from the point of intersection, all above the words "SAINTS & SINNERS" on three separate lines, with tapering lines radiating left and right from the "&". All of the aforementioned resides inside a filled in black circle.
The applicant, Vicious Brands, Inc., a corporation of Nevada, having an address of
    Suite 209
    1135 Terminal Way
    Reno, Nevada 89502
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 003:  hair care products, namely, shampoos, conditioners, and styling/finishing preparations; skin care products, namely, moisturizers for hands, face and body
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5097386, 5097396, 5088542, and others.

The applicant's current Attorney Information:
    Zachary A. Aria and Timothy D. Pecsenye, David M. Perry, Bruce D. George, Lisa Casey Spaniel, Megan E. Spitz, John P. Sullivan, Jamie L. Tesfazion, Matthew A. Homyk, Bradford Craig, Shaun J. Bockert and Thomas H. Kelly of Blank Rome LLP
    8th Floor
    One Logan Square
    Philadelphia, Pennsylvania 19103
    United States
    215-569-5347(phone)
    215-832-5347(fax)
    aria@blankrome.com (authorized)
The attorney docket/reference number is 145443-00100.

The applicant's current Correspondence Information:
    Zachary A. Aria
    Blank Rome LLP
    8th Floor
    One Logan Square
    Philadelphia, Pennsylvania 19103
    215-569-5347(phone)
    215-832-5347(fax)
    aria@blankrome.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address

must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Michael A. Wilson/   Date: 08/10/2017
Signatory's Name: Michael A. Wilson
Signatory's Position: Chief Executive Officer
Payment Sale Number: 87563559
Payment Accounting Date: 08/11/2017

Serial Number: 87563559
Internet Transmission Date: Thu Aug 10 13:54:10 EDT 2017
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20170810135410471
408-87563559-510437d3d3372ee965b6478dd90
bd2865838a39af3f3bbe4c64a4bba58bfc2cf6-C
C-156-20170809162613666382



# __EXHIBIT B__

9/22/2017
SINNERS + SAINTS (@sinnersandsaintsofficial) • Instagram photos and videos
Case 2:17-cv-04511-GERP   Document 1   Filed 09/26/17   Page 72 of 88

Search

Get the app    **Sign up**  |  **Log in**



### sinnersandsaintsofficial   Follow

**699** posts        **15.2k** followers        **4,417** following

**SINNERS + SAINTS** pretty things // pretty dark things ☐ (online store coming soon...)
www.shopsinnersandsaints.com



Sign up to see photos and videos from your friends.

Sign up

9/22/2017
Case 2:17-cv-04511-GERP Document 1 Filed 09/26/17 Page 73 of 88
SINNERS & SAINTS (@sinnersandsaintsofficial) • Instagram photos and videos





IT'S NOT LIKE I'M
FALLING IN LOVE
I JUST WANT YOU TO
DO ME NO GOOD
AND YOU LOOK
LIKE YOU COULD.

Load more

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS

PRIVACY    TERMS    DIRECTORY    LANGUAGE

© 2017 INSTAGRAM

Sign up to see photos and videos
from your friends.

Sign up



Blackbird Society   SINNERS + SAINTS

OUR ONLINE STORE IS STILL COMING SOON AND WILL BE BIGGER + BETTER THAN
ANTICIPATED. (IT WILL BE WORTH THE WAIT. WE PROMISE!)

IS THE VISION OF 2 FRIENDS WHO WERE TIRED OF BEING
LABELED AS JUST ONE THING. WITH THIS, WE DECIDED TO CREATE A
LIFESTYLE BRAND FOR THE BOLD + ARTISTIC. FOR THE SOULS WHO REFUSE TO
FIT IN ONE BOX + INSIST ON COLORING OUTSIDE OF THE LINES. WE CREATED A
LABEL THAT CANNOT BE LABELED, BUT IS ALL OF THE THINGS WE LOVE.

WE'RE PUNK ROCK FASHIONISTAS WITH REBEL ATTITUDES + WILD HEARTS
WE ENJOY A NICE CUP OF TEA, BUT ARE FULLY OKAY WITH NOT BEING
EVERYONE'S CUP OF TEA. WE'RE TOMBOYS WITH A CLOSET FULL OF HEELS. WE'LL
ATTEND YOUR BLACK TIE AFFAIR, BUT WE'LL PROBABLY SHOW UP IN OUR
FAVORITE BAND TEE.

TODAY WE ARE CREEPY, 90'S GRUNGE, OFF TO GET MANICURES (ALL BLACK).
WHAT WILL WE BE TOMORROW? THAT HAS YET TO BE WRITTEN... WE'LL DECIDE
WHEN WE WAKE UP IN THE MORNING.

## Sign Up Here

TO BE NOTIFIED WHEN OUR
STORE OPENS

| Name |
| Email Address |
| Subscribe Now |

## Follow Us

@SINNERSANDSAINTSOFFICIAL

COPYRIGHT 2017 | SINNERS AND SAINTS

# <u>EXHIBIT C</u>



Phone:    (215) 569-5347
Fax:      (215) 832-5347
Email:    Aria@BlankRome.com

August 10, 2017


**BY E-MAIL**  **<shopsinnersandsaints.com@domainsbyproxy.com>**

Re:  SINNERS + SAINTS's Infringement of Vicious
     Brands, Inc.'s SAINTS & SINNERS® Mark

Dear Sir or Madam:

This firm represents Vicious Brands, Inc. ("VBI") in connection with global intellectual property matters and have been consulted by VBI in connection with SINNERS + SAINTS's unauthorized and infringing use of trademarks confusingly similar to VBI's proprietary marks SAINTS & SINNERS®,      and (collectively, the "VBI Marks").  VBI takes great pride in its brands, and takes seriously the protection of its IP rights, including its trademarks.

As you likely know, VBI is the sole and exclusive owner of the marks SAINTS & SINNERS®,      and      in connection with hair care and skin care preparations.  VBI owns United States Trademark Registrations and Applications for the marks in connection with such goods since at least as early as August 25, 2016.  Further, VBI has used its logo,      , on social media, including Facebook®, Twitter®, Instagram®, etc. since at least as early as August 15, 2016.  VBI has also used its marks on clothing and apparel items, including t-shirts, bandanas, among other items. *See* attached.  As a result of VBI's extensive use of its marks, the marks have acquired significant goodwill.

One Logan Square  18th & Cherry Streets Philadelphia, PA  19103

www.BlankRome.com

Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington

145443.00100/106039602v.3



```
SINNERS + SAINTS
August 10, 2017
Page 2
```

    It has recently come to our attention that SINNERS + SAINTS is
offering products using the SINNERS + SAINTS mark on Instagram® and
on the website available at
<https://www.shopsinnersandsaints.com/>.  *See* attached Instagram®
and website printouts.  SINNERS + SAINTS has purported to
distribute and offer for sale goods that are the same or similar to
those used in connection with, and protected under, VBI's Marks and
that travel under similar channels of trade.  As can be clearly
seen below from the parties' social media pages, SINNERS + SAINTS
is using the exact same words, in the same font, with a black
circle, and two lines separating the words as VBI's logo.

**SINNERS + SAINTS**                    **VBI**



    As such, confusion is particularly likely here as a matter of
U.S. law.  Under these circumstances, U.S. courts routinely find a
likelihood of confusion despite significant differences between the



SINNERS + SAINTS
August 10, 2017
Page 3

parties' goods or services. *See, e.g. Interpace Corp. v. Lapp, Inc.*, 721 F.2d 460, 463 (3d Cir. 1983) (reversing district court for failing to recognize possibility of infringement and confusion between "products [that] are not in fact competitive" where the marks at issue were identical); *American Plan Corp. v. State Loan & Finance Corp.*, 365 F.2d 635, 639 (3d Cir. 1966) ("Where the names are identical ... the names in themselves are evidence of likelihood of confusion."); *see also Kohler Co. v. Baldwin Hardware Corp.*, 82 U.S.P.Q.2d 1100, 2007 WL 117575 (T.T.A.B. 2007) (finding likelihood of confusion when identical marks used on senior user's plumbing fixtures and junior user's door hardware); *In re Concordia Int'l Forwarding Corp.*, 222 U.S.P.Q. 355, 1983 WL 51828 (T.T.A.B. 1983) (finding that where marks are very similar, it is "only necessary that there be a viable relationship between the goods or services in order to support a holding of likelihood of confusion"). Moreover, even assuming that SINNERS + SAINTS's motivation in adopting its "SINNERS + SAINTS" trademark was wholly innocent, it would be irrelevant to this analysis. *See, e.g.*, *Lapp, Inc.*, 721 F.2d at 463 (reversing denial of a preliminary injunction against use of a mark by infringer with German parent company: "while it may have acted innocently, [it] was careless in not conducting a thorough name search for American uses of the name").

In view of the foregoing, the adoption and use of SINNERS + SAINTS mark violates VBI's rights in its trademarks and is likely to cause consumer confusion as to the source, sponsorship, or affiliation of the goods. Based on the manner of SINNERS + SAINTS's use, we have no hesitation in concluding that such use trades off the goodwill in VBI's Marks. SINNERS + SAINTS's use of its mark is clearly intended to reference VBI in the minds of consumers, and constitutes, at a minimum, unfair competition, and trademark infringement. SINNERS + SAINTS's activities further give rise to initial interest confusion, whereby the mark SINNERS + SAINTS is used by SINNERS + SAINTS to entice customers to visit VBI's online presence, only to be diverted to sites wholly unaffiliated with or sponsored by VBI. VBI will not tolerate any attempts to trade off its goodwill, or any unauthorized or implied associations between VBI's Marks and the goods and services of others.



SINNERS + SAINTS
August 10, 2017
Page 4

        We have advised VBI of the range of legal remedies available
to protect its very valuable trademarks from infringement, wrongful
appropriation, and unfair competition.  VBI regards SINNERS +
SAINTS's use of its mark as a very serious matter and will take
appropriate steps to protect its rights.  On behalf of VBI, we
hereby make formal demand upon you to:

    1)    cease and desist immediately from any further use or
          plans to use the "SINNERS + SAINTS" mark, as well as any
          use of any other mark or name which is confusingly
          similar to the SAINTS & SINNERS mark including on any
          literature, search engine advertisements or "adwords",
          websites, or social media accounts;

    2)    provide written assurances by no later than Friday,
          August 18, 2017, that you will refrain from all such use
          and future uses;

    3)    contact us to discuss corrective emailing to each person
          who has signed up for the SINNERS + SAINTS mailing list
          through the <https://www.shopsinnersandsaints.com/>
          website; and

    4)    contact us to discuss the recall, recapture and
          destruction (to the satisfaction of VBI) of all
          literature or advertisements, promotional and marketing
          materials, including t-shirts, created or distributed by
          you which bear the SINNERS + SAINTS mark.

        We look forward to a prompt response from you concerning this
matter by Friday, August 18, 2017.  If we do not receive a
compliant response by that date, VBI will assume SINNERS + SAINTS's
infringement is willful and will consider all further action under
the law to protect its very valuable trademark.

                                Sincerely yours,

                                ZACHARY A. ARIA

Attachments
cc:  Vicious Brands, Inc.



SINNERS + SAINTS
August 10, 2017
Page 5





SINNERS + SAINTS
August 10, 2017
Page 6



145443.00100/106039602v.3



SINNERS + SAINTS
August 10, 2017
Page 7




# **EXHIBIT D**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87588544**
**Filing Date: 08/29/2017**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | SAINTS + SINNERS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SAINTS + SINNERS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | SAINTS + SINNERS |
| *STREET | 2913 Bernardo Ln |
| *CITY | Las Vegas |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 89102 |
| EMAIL ADDRESS | stepfanie@blackfoxcreative.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | PARTNERSHIP |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Nevada |
| NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION | Stepfanie Ochinang (USA); Jennevive McPherson (USA) |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Hats; Pants; Shorts; T-shirts |

| | |
|---|---|
| *FILING BASIS | SECTION 1(b) |

**ADDITIONAL STATEMENTS INFORMATION**

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| *NAME | SAINTS + SINNERS |
| *STREET | 2913 Bernardo Ln |
| *CITY | Las Vegas |
| *STATE<br>(Required for U.S. addresses) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 89102 |
| *EMAIL ADDRESS | stepfanie@blackfoxcreative.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

**SIGNATURE INFORMATION**

| | |
|---|---|
| * SIGNATURE | /Stepfanie Ochinang/ |
| * SIGNATORY'S NAME | Stepfanie Ochinang |
| * SIGNATORY'S POSITION | Partner |
| * DATE SIGNED | 08/29/2017 |
| * SIGNATURE | /Stepfanie Ochinang/ |
| * SIGNATORY'S NAME | Jennevive McPherson |
| * SIGNATORY'S POSITION | Partner |
| * DATE SIGNED | 08/29/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87588544**
**Filing Date: 08/29/2017**

## To the Commissioner for Trademarks:

**MARK:** SAINTS + SINNERS (Standard Characters, see mark)
The mark in your application is SAINTS + SINNERS.

The applicant, SAINTS + SINNERS, a partnership legally organized under the laws of Nevada, having as partner(s) Stepfanie Ochinang (USA); Jennevive McPherson (USA), having an address of

    2913 Bernardo Ln
    Las Vegas, Nevada 89102
    United States
    stepfanie@blackfoxcreative.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 025:  Hats; Pants; Shorts; T-shirts
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Correspondence Information:
    SAINTS + SINNERS

    2913 Bernardo Ln

    Las Vegas, Nevada 89102

    stepfanie@blackfoxcreative.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Stepfanie Ochinang/   Date: 08/29/2017
Signatory's Name: Stepfanie Ochinang
Signatory's Position: Partner


Signature: /Stepfanie Ochinang/   Date: 08/29/2017
Signatory's Name: Jennevive McPherson
Signatory's Position: Partner
Payment Sale Number: 87588544
Payment Accounting Date: 08/30/2017


Serial Number: 87588544
Internet Transmission Date: Tue Aug 29 17:06:46 EDT 2017
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XX-20170829170646988
379-87588544-5107b31331766de505e215e4d04
63379b42959b7d4d4c0861618c12605833417a-D
A-6148-20170829153419291861

# SAINTS + SINNERS